**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Elise Castiel
      Plaintiff,

v.                Case No.: 1:23−cv−03477
               Honorable Elaine E. Bucklo

Dyson, Inc.
      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 13, 2024:

  MINUTE entry before the Honorable Elaine E. Bucklo: Defendant Dyson, Inc.'s motion to dismiss first amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) [24] is granted. Enter Memorandum Opinion and Order. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.